# AMENDED COMPLAINT

(for non-prisoner filers without lawyers)



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Amanda A. Shepard

v.

(Full name of defendant(s))

Brown County HS, CPS

Case Number:

25-CV-1549

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
(State)

1268 S. Oneida St
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Everybody involved in the situation I spoke with the Judge, social worker, Supervisor of social workers & the two head supervisors of CPS. I have personal documentation of the toxic team work dating back too July 17th. My son was abducted and I was falsely incriminated. Everything about the situation is illegal and literally put on black and white paperwork, this social worker is more

concerened about the toxic rage baiting and manipulation. I have her choice of decisions documented including her immunity to excuse herself out of the case also the family court judge said he would have her replaced, has not been done. May someone look at the visitation centers recording of September 17th and 24th confirming my son being surrounded in a toxic care environment. With rage baiting and also toxic teamwork. Any questions I have every appointment and proceed step documented. I feel like I am being discriminated from my child because CPS is trying an effort to cover their mistakes the first altercation back in 2020. I feel like my son has been deemed as a gateway finacial ginea pig which they are referring to be autisim.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Mental health / son and me.
Stolen property over $3,000.
look at my video documentation to show proof that I am being gaslighted.
Employment feild needs to be re-evaluated.
Hoping to have son G.S. back in my custody. The quicker the better, please...
Damage's to physical body cannot afford at the moment! 4,300 so far for a 5,600 procedure.
Lawyer cost for first altercation $6,000.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

*Amanda Shepherd*
Signature of Plaintiff

920-241-414
Plaintiff's Telephone Number

Saa-1500@icloud.com
Plaintiff's Email Address

_____

1228 S. Oneida St
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)